```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-22-15
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- X
MASAHIDE KANAYAMA, and WEBER 1005, :
LLC,                                 :
                                     :
                         <u>Plaintiffs</u>, :
                                     :   No. 14 Civ. 3405 (JFK)
     -against-                       :
                                     :       **ORDER**
KESY LLC, PROVENCE WELLNESS CENTER   :
LLC, and BOARD OF MANAGERS OF THE    :
WEBER HOUSE CONDOMINIUM,             :
                                     :
                         <u>Defendants</u>. :
------------------------------------- X

**JOHN F. KEENAN, United States District Judge**:

The attorneys for the parties have advised the Court that this action has been settled. Accordingly, the status conference currently scheduled for November 4, 2015 is cancelled. If the parties wish to reopen this matter, they must make a letter application within 60 days of the date of this order.

**SO ORDERED.**

Dated:   New York, New York
         October 22, 2015

                                     _____
                                              John F. Keenan
                                     United States District Judge